ISAAC ROSENSTEIN, Doing Business under the Trade Name of METROPOLITAN KNITTING MILLS, Appellant, v. KENT KNITTING MILLS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

ELIZABETH RUDDY, as Administratrix, etc., of LEO RUDDY, Deceased, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and demurrer interposed by defendant overruled, with leave to plead over within twenty days on payment of costs. We are of opinion that the judgment rendered in the first action was not res adjudicata, nor was it a bar to the maintenance by the plaintiff of action No. 2, and we also conclude that plaintiff's amended complaint states a cause of action. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur. [See Ruddy v. Morse Dry Dock & Repair Co., No. 2, 199 App. Div. 939.]

JOHN F. RYAN, Appellant, v. JOHN W. CRAWFORD and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

*Decisions by the Presiding Justice upon Application to Appeal from the Appellate Term.*

AARON A. ROTH, Respondent, v. HARRIS LEVY, Appellant.— Application denied, with ten dollars costs.

FRANK M. STARK, Respondent, v. WILLIAM M. BARRETT, as President, etc., Appellant.— Application denied, with ten dollars costs.

RUDOLPH W. WEBER, Appellant, v. HARRY E. EARLE and Others, Respondents. — Application denied, with ten dollars costs.